# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN WILLIAMS,

        Plaintiff,

   v.

K. SAMPSON, et al.,

        Defendants.

        /

CASE NO.: 1:09-cv-00551-AWI-DLB PC

ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF

Plaintiff Steven Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his complaint on March 24, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendant D. Zanchi for retaliation in violation of the First Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1.     Service is appropriate for defendant

        D. ZANCHI

2.     The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a

---

[1] By separate order, the Court dismissed Defendants K. Sampson, W. J. Sullivan, D. Crounse, N. Grannis, M. Carrasco, L. L. Schulties, F. Gonzales, Slanker, Peterson, and 7 unknown officers for failure to state any claims against them.

1

copy of the complaint filed March 24, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for the defendant listed above; and

    c. Two (2) copies of the endorsed complaint filed March 24, 2009.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **January 25, 2010**          /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE