# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. SAMPSON, et al.,<br><br>　　　　Defendants.　　　　　／ | CASE NO.: 1:09-cv-00551-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 12) |

Plaintiff Steven Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  Plaintiff did not file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendations, filed December 15, 2009, is adopted in full;

1     2.     This action proceed on Plaintiff's complaint, filed March 24, 2009, against Defendant D. Zanchi for retaliation; and

3     2.     Defendants K. Sampson, W. J. Sullivan, D. Crounse, N. Grannis, M. Carrasco, L. L. Schulties, F. Gonzales, Slanker, Peterson, and 7 unknown officers are dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:    **January 26, 2010**             /s/ **Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE